COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      Roy Edgar Wesley v. The State of Texas

Appellate case number:    01-11-00448-CR

Trial court case number:  1272842

Trial court:              182nd District Court of Harris County

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous and a motion to withdraw as counsel. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967).

The motion, which purports to be filed by appellant as opposed to appointed counsel, does not comply with the requirements of Texas Rule of Appellate Procedure 6.5(a), (b). The motion is therefore **denied**. Appointed counsel is **ordered** to file with the Clerk of this Court within ten days of the date of this order both (1) a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5, 9, and 10 and (2) an amended brief that contains a proper Rule 9.5 certificate of service demonstrating service on both appellant and the State.

Judge's signature: /s/ Justice Jim Sharp Jr.
                   Acting individually

Date: July 30, 2012